```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Maheran, et al.,

                              Plaintiffs,

    -against-

Traveler's Home and Marine Insurance Company,

                              Defendant.

-----------------------------------------------------------------X

23-cv-04713-KMK-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for 2/8/2024 at 11AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
                January 10, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge