UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Maheran, et al.,

                      Plaintiffs,

        -against-

Travelers Home and Marine Insurance Company.,
                      Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-04713-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      **PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

      A Status Conference (via telephone) is hereby scheduled **March 19, 2024 at 11 AM.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID **115 187 212 3** and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
               February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge